UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN B. CAPPONI as Administrator of the Estate
of LOUISE THERESA CAPPONI,

                                             **NOTICE OF DISMISSAL**

                          Plaintiff,

                                             08 Civ. 4449(LTS)(DFE)

       - against -

JOANN M. MURPHY, WILLOW LANE ASSOCIATES, LP,
WILLOW PROPERTIES, LLC, DENNIS CAPPONI
 and COUNTRY BANK,

                                  Defendants.
------------------------------------------------------------------------X


       Plaintiff, JOHN B. CAPPONI as Administrator of the Estate of LOUISE THERESA CAPPONI, ("the ADMINISTRATOR"), hereby voluntarily dismisses this action against defendant WILLOW PROPERTIES LLC, only, without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 21, 2008

                            Yours etc.,

                            IRWIN, LEWIN, COHN & LEWIN, P.C.

                            By:

                            Edward Cohn (EC-2225)
                            Attorneys for Plaintiff
                            845 Third Avenue Suite 1400
                            New York, New York 10022
                            (212) 759-2600
                            edcohn@ilcllaw.com