USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 23 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN B. CAPPONI as Administrator of the Estate
of LOUISE THERESA CAPPONI,

                          Plaintiff,

- against -

JOANN M. MURPHY, WILLOW LANE ASSOCIATES, LP,
WILLOW PROPERTIES, LLC, DENNIS CAPPONI
and COUNTRY BANK,

                         Defendants.
------------------------------------------------------------------X

**NOTICE OF DISMISSAL** & ORDER

08 Civ. 4449(LTS)(DFE)

Plaintiff, JOHN B. CAPPONI as Administrator of the Estate of LOUISE THERESA CAPPONI, ("the ADMINISTRATOR"), hereby voluntarily dismisses this action against defendant WILLOW PROPERTIES LLC, only, without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 21, 2008

Yours etc.,

IRWIN, LEWIN, COHN & LEWIN, P.C.

By: _____

Edward Cohn (EC-2225)
Attorneys for Plaintiff
845 Third Avenue Suite 1400
New York, New York 10022
(212) 759-2600
edcohn@ilcllaw.com

SO ORDERED.
/s/ 5/23/08
**LAURA TAYLOR SWAIN U.S.D.J.**

1