STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV4449         AND FILED ON         5/13/2008

| | |
|---|---|
| JOHN B. CAPPONI AS ADMINISTRATOR OF THE ESTATE OF LOUISE THERESA CAPPONI<br><br>Vs.<br><br>JOANN M. MURPHY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                                             ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/4/2008__ at __2:23PM__, deponent did serve the within process as follows:

Process Served: AMENDED SUMMONS AND AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF **

Party Served: COUNTRY BANK           (herein called recipient) therein named.

At Location: 200 EAST 42ND STREET
NEW YORK NY 10017

By delivering to and leaving with __STEPHEN P. CONTI__ and that deponent knew the person so served to be the __VICE PRESIDENT & CHIEF FINANCIAL OFFICER__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M        Color of Skin WH        Color of Hair GREY
Age 49       Height 5'9"
Weight 188   Other Features GLASSES

**Magistrate Eaton, Individual Practices of Judge Swain, ECF Rules and Practices

Sworn to before me on __6/5/2008__

_(signature)_

Eric Averbach
Server's License#: 918927