STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV4449     AND FILED ON     5/13/2008

JOHN B. CAPPONI AS ADMINISTRATOR OF THE ESTATE OF LOUISE THERESA CAPPONI    Plaintiff(s)/Petitioner(s)

Vs.

JOANN M. MURPHY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/11/2008 at 8:26PM, deponent did serve the within process as follows:

Process Served: AMENDED SUMMONS AND AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE** (herein called
Party Served: DENNIS CAPPONI                                                                                therein named.
(recipient)
At Location: 10 WOODLAWN ROAD

PUTNAM VALLEY NY 10579

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  WHITE
Age  55/65   Height  5'10"-6'   Weight  200/210
Other Features                MOUSTACHE, BEARD

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

**Eaton, Individual Practices of Judge Swain, ECF Rules and Practices

Sworn to before me on  6/12/2008

_(signature)_ Gary Williams
Server's License#:

2010