STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV4449          AND FILED ON        5/13/2008

JOHN B. CAPPONI AS ADMINISTRATOR OF THE ESTATE OF LOUISE THERESA CAPPONI    Plaintiff(s)/Petitioner(s)

Vs.

JOANN M. MURPHY, ET AL    Defendant(s)/Respondent(s)

STATE OF:  NEW YORK           )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___6/19/2008___ at ___4:00PM___, deponent did serve the within process as follows:

Process Served: AMENDED SUMMONS AND AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF **

Party Served: WILLOW LANE ASSOCIATES, LP    (herein called recipient) therein named.

At Location:
C/O JOANN MURPHY
34 LAKE SHORE DRIVE
EASTCHESTER NY 10709

By delivering to and leaving with  JOANNE M. MURPHY  and that deponent knew the person so served to be the  MANAGING AGENT  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM      Color of Skin  WH      Color of Hair  BROWN
Age  60      Height  5'5"
Weight  120              Other Features  GLASSES

**Magistrate Eaton, Individual Practices of Judge Swain, ECF Rules and Practices

Sworn to before me on ___6/20/2008___

_____
Joseph Vallone
Server's License #:  1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010