| | | |
|---|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
| DOCUMENTS SERVED WITH INDEX#: 08CIV4449 | AND FILED ON | 5/13/2008 |

JOHN B. CAPPONI AS ADMINISTRATOR OF THE ESTATE OF LOUISE THERESA CAPPONI

Plaintiff(s)/Petitioner(s)

Vs.

JOANN M. MURPHY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ____6/19/2008____ at ____4:00PM____, deponent did serve the within process as follows:

Process Served:
Party Served: AMENDED SUMMONS AND AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE ** (herein called
recipient) JOANNE M. MURPHY
                                                                                         therein named.
At Location: 34 LAKE SHORE DRIVE

EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 60 | Height | 5'5" | Weight | 120 | |
| | | Other Features | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

```
**Eaton, Individual Practices of Judge Swain, ECF Rules and Practices
```

Sworn to before me on ____6/20/2008____

_____Gail Williams_____                    _____
                                           Joseph Vallone
GAIL WILLIAMS                              Server's License#: 1100190
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010