UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN B. CAPPONI as Administrator of the Estate
of LOUISE THERESA CAPPONI,

                          Plaintiff,

            -against-

JOANN M. MURPHY, WILLOW LANE ASSOCIATES, LP,
DENNIS CAPPONI and COUNTRY BANK,

                        Defendants.
----------------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Docket No.
08 Civ. 4449(LTS)(DFE)

      **EDWARD COHN,** an attorney admitted to practice law in the United States District Court of the Southern District of New York, affirms that the following is true under the penalties of perjury:

      That I am not a party to this action am over the age of 18 years and that I reside at 845 Third Avenue, New York, New York.

      On August 28, 2008, I served a copy of the attached **NOTICE OF MOTION, DECLARATION and MEMORANDUM OF LAW** in the following manner:

      Mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to:

              Judge Laura Taylor Swain
              United States District Court
              Southern District of New York
              500 Pearl Street
              New York, New York  10007

Stewart A. McMillan, Esq.
McMillan, Constable, Maker & Perone, LLP
2180 Boston Post Road
Larchmont, New York 10538

Dated: New York, New York
August 28, 2008

_____
EDWARD COHN